TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Petitioner, United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES ROBERT LIANG, ET AL,<br><br>    Respondents. | No. CV 21-04558 FMO (SHKx)<br><br>JOINT STIPULATION TO CONSOLIDATE RELATED CASES<br><br>Hon. Fernando M. Olguin<br>United States District Judge |

    IT IS HEREBY STIPULATED by and between Petitioner, the United States of America, and Respondent, Volkswagen AG, through their respective counsel, in accordance with the Court's Order (ECF 14) and subject to the Court's approval, that this case, *United States of America v. James Robert Liang, et al.*, CV 21-04558 FMO

\\\

\\\

1

(SHKx) ("*Liang*")[1] should be consolidated with *Lawrence Kalbers v. U.S. Department of Justice*, CV 18-8439 FMO (PJWx) ("*Kalbers*").

                                               Respectfully submitted,

Dated: June 21, 2021        SULLIVAN AND CROMWELL LLP

                                            */s/ Michael H. Steinberg*

                                            MICHAEL H. STEINBERG
                                            Attorneys for Respondent, Volkswagen AG

Dated: June 21, 2021

                                            TRACY L. WILKISON
                                            Acting United States Attorney
                                            DAVID M. HARRIS
                                            Assistant United States Attorney
                                            Chief, Civil Division
                                            JOANNE S. OSINOFF
                                            Assistant United States Attorney
                                            Chief, General Civil Section, Civil Division

                                            */s/ Alarice M. Medrano*

                                            ALARICE M. MEDRANO
                                            Assistant United States Attorney

                                            Attorneys for Petitioner, United States of America

<u>ATTESTATION UNDER LOCAL RULE 5-4.3.4</u>

    I, Alarice M. Medrano, am the ECF User whose ID and password are being used to file this JOINT STIPULATION TO CONSOLIDATE RELATED CASES. In compliance with Local Rules 5-4.3.4(a)(2), I hereby attest that Michael H. Steinberg has concurred in this filing.

DATED: June 21, 2021

                                            */s/ Alarice M. Medrano*

                                            ALARICE M. MEDRANO
                                            Assistant United States Attorney

---

[1] Formerly EDMI Case Number: 2:21-mc-50770-SFC-EAS (16-CR-20394 (VW))